[S. F. No. 11652. In Bank.—June 17, 1925.]

WILLIAM HOFFMAN, as Trustee in Bankruptcy, etc., Petitioner, v. THE SUPERIOR COURT OF THE CITY AND COUNTY OF SAN FRANCISCO et al., Respondents.

[1] MANDAMUS—PARTIES—SUBSTITUTION OF TRUSTEE FOR BANKRUPT—INTERVENTION.—A petition for a writ of mandate to compel a superior court to enter an order substituting the trustee in bankruptcy, in place of the bankrupt, as defendant in an action pending in said superior court, will be denied where no showing is presented from which it appears that a plain, speedy, and adequate remedy is not available to petitioner in the premises by intervention.

---

(1) 38 C. J., p. 558, n. 74, p. 568, n. 47, p. 626, n. 64 New.

APPLICATION for a Writ of Mandate to compel the Superior Court of the City and County of San Francisco, and Frank J. Murasky, Judge thereof, to enter an order substituting petitioner as defendant. Denied.

The facts are stated in the opinion of the court.

Goldman & Altman and Wallace & Ames for Petitioner.

W. C. Sharpsteen for George W. Lamb, Plaintiff in Superior Court Action.

THE COURT.—[1] This is a petition for a writ of mandate to compel the respondents to enter an order substituting petitioner, as trustee in bankruptcy of the estate of J. Charles King, a bankrupt, in place of said King as defendant, in an action now pending in the respondent

court. No showing is presented from which it appears to us that a plain, speedy and adequate remedy (Code Civ. Proc.; sec. 1086) is not available to petitioner in the premises by intervention. (Code Civ. Proc., sec. 387.)

The petition is denied.

Petition for modification of opinion denied.

All the Justices concurred.